UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:  Bankr. Case No. 16-41292-CN-13

LARRY J. CHAMBERS  Chapter 13
    Debtor(s)

## REQUEST FOR NOTICE

Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    Americredit Financial Services, Inc. dba GM Financial
    PO Box 183853
    Arlington, TX  76096

By /s/ Mandy Youngblood

    Mandy Youngblood
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on May 19, 2016 :

| | |
|---|---|
| DIANA J CAVANAUGH<br>2801 CONCORD BLVD<br>CONCORD, CA  94519 | Martha G. Bronitsky<br>P.O. Box 9077<br>Pleasanton, CA 94566 |

By /s/ Mandy Youngblood

Mandy Youngblood

xxxxx72402 / 733909