SHERYL K. ITH (STATE BAR NO. 225071)
JENNIFER H. WANG (STATE BAR NO. 242998)
jwang@cookseylaw,com
**COOKSEY, TOOLEN, GAGE, DUFFY & WOOG**
A Professional Corporation
535 Anton Boulevard, 10th Floor
Costa Mesa, California 92626
Telephone: (714) 431-1100
Facsimile: (714) 431-1145

Attorneys for Creditor
AMERICREDIT FINANCIAL SERVICES, INC. dba GM FINANCIAL

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| In re | CASE NO. 16-41224-RLE |
|---|---|
| RICHARD GRIFFIN and HARRIET GRIFFIN, JR., | Chapter 13 |
| | STIPULATION RESOLVING DEBTORS' MOTION TO VALUE PERSONAL PROPERTY |
| Debtors. | |
| | (No hearing set) |

    Secured Creditor, AMERICREDIT FINANCIAL SERVICES, INC. dba GM FINANCIAL ("GMF"), by and through its attorneys of record herein, Cooksey, Toolen, Gage, Duffy & Woog, P.C., by Jennifer H. Wang and Debtors, RICHARD GRIFFIN and HARRIET GRIFFIN, JR., by and though their counsel of record herein, Patrick L. Forte, (hereinafter collectively referred to as the "Parties"), hereby submit the following Stipulation Resolving GMF's Opposition to Debtors' Motion to Value Personal Property.

    WHEREAS on May 3, 2016, Debtors filed Bankruptcy Case No. 16-41224-RLE, which included the debt associated with the purchase of a 2010 Chrysler 300, Vehicle Identification No. 2C3CA5CV4AH269506 (the "Vehicle") financed by GMF;

    WHEREAS Debtors filed a Motion to Value Personal Property ("Debtors' Motion") alleging a value of $7,636.00;

1

WHEREAS GMF filed its Opposition to Debtors' Motion on June 17, 2016;

WHEREAS Debtors and GMF agree by execution of this Stipulation and entry of the Order that GMF shall have a secured claim in the amount of $9,093.00 which shall be paid by the Trustee at 4.0% interest, and a general unsecured claim of $2,728.46.

NOW, THEREFORE, in consideration of the above recitals, sufficiency of which is hereby acknowledged,

IT IS HEREBY STIPULATED by and between the Parties that GMF shall have a secured claim in the amount of $9,093.00 which shall be paid by the Trustee at 4.0% interest, and a general unsecured claim of $2,728.46.

IT IS FURTHER STIPULATED that a hearing is no longer required and the opposition has been resolved.

**IT IS SO STIPULATED.**

Dated: 7/5/16

PATRICK L. FORTE
Attorney for Debtors, RICHARD GRIFFIN and HARRIET GRIFFIN, JR.

Dated: 7/5/16

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG

By: _____
JENNIFER H. WANG
Attorneys for Creditor, AMERICREDIT FINANCIAL SERVICES, INC. dba GM FINANCIAL

2