SHERYL K. ITH
(STATE BAR NO. 225071)
JENNIFER H. WANG
(STATE BAR NO. 242998)
jwang@cookseylaw.com
COOKSEY, TOOLEN, GAGE,
 DUFFY & WOOG
A Professional Corporation
535 Anton Boulevard, 10th Floor
Costa Mesa, California 92626
Telephone: (714) 431-1100
Facsimile: (714) 431-1145

The following constitutes
the order of the court. Signed July 7, 2016

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

Attorneys for Creditor
AMERICREDIT FINANCIAL SERVICES, INC. dba GM FINANCIAL

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>RICHARD GRIFFIN and HARRIET GRIFFIN, JR.,<br><br>Debtor. | CASE NO. CASE NO. 16-41224-RLE<br><br>Chapter 13<br><br>ORDER ON STIPULATION RESOLVING DEBTORS' MOTION TO VALUE PERSONAL PROPERTY<br><br>(No hearing set) |

Pursuant to the Stipulation Resolving Opposition to Debtors' Motion to Value Personal Property, and good cause appearing,

IT IS HEREBY ORDERED that the terms and conditions set forth in the Stipulation Resolving Debtors' Motion to Value Personal Property, filed on July 7, 2016, as document #19, are hereby approved and made order of the court.

**END OF ORDER**

| | |
|---|---|
| 1 | COURT SERVICE LIST |

**DEBTORS:**
Richard Griffin and
Harriet Griffin, Jr.
1641 E. 20th Street
Oakland, CA 94606

**ATTORNEY FOR DEBTORS**:
To be served electronically

**TRUSTEE:**
To be served electronically

**U.S. TRUSTEE**
To be served electronically

**ATTORNEY FOR CREDITOR:**
To be served electronically

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977